No. 89–6838.   McDONALD v. YELLOW CAB METRO, INC.   C. A. 6th Cir.   Certiorari denied.

No. 89–6845.   DREW v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 89–6846.   BAILEY v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 89–6847.   MILES v. OHIO.   Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 89–6852.   RIVERS v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 89–6856.   WASHINGTON v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 89–6857.   THOMSON v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 89–6859.   PEDRONCELLI v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 89–6867.   BYNUM v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 89–6869.   JUSTICE v. OHIO ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 89–6878.   BASKIN v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 89–6885.   STONER v. KENTUCKY.   Ct. App. Ky.   Certiorari denied.

No. 89–6888.   GULATI v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 89–6890.   MOORE, AKA KEENER v. BUEGLER ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 89–6891.   RIVERA v. MAKEL, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 89–6900.   DESIRE v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.